UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL OSADOLOR OSADOLOR,

                Petitioner,

        v.

CHAD WOLF, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  11-18-20
```

20-CV-6131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 12, 2020, this Court transferred this action to the United States District Court for the District of New Jersey.  Dkt. 4.  On November 10, 2020, the Court received a letter from Petitioner, dated November 9, 2020, indicating that Petitioner had been informed that the District of New Jersey had not yet received his case.  Dkt. 6.  The Court has since corresponded with the United States District Court for the District of New Jersey and has been informed that Petitioner's case was received and docketed.  It is the Court's understanding that the District of New Jersey sent Petitioner a letter on the matter on November 9, 2020.  If within 10 days, Petitioner does not receive this letter, or does not otherwise receive confirmation that the District of New Jersey has accepted his case, he is directed to communicate with the Clerk's Office for that court.

      The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:    November 18, 2020
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge